USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NICOLE CARLSON, on behalf of herself and all others similarly situated,

Plaintiff,

-against-

THIRD AVENUE & ST. MARKS INC. d/b/a CONTINENTAL and STEVEN TRIGOBOFF,

Defendant.

10 Civ 4936 (DAB)

NOTICE AND ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)

    Plaintiff NICOLE CARLSON, through undersigned counsel, hereby notice the dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Following the filing and service of Plaintiffs' Complaint in this action, Defendants have not filed or served an answer or motion for summary judgment responding to Plaintiffs' Complaint, such that this matter may be dismissed through the filing of this Notice.

Dated: January 3, 2011

*[signature]*
Brian Schaffer (BSS 7548)
FITAPELLI & SCHAFFER, LLP
475 Park Avenue South, 12th Floor
New York, New York 10016
(212) 300-0375
Attorneys for Plaintiffs

SO ORDERED.

*Deborah A. Batts*
United States District Judge   1/6/11